AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:21-mj-00367 |
| Paul Russell Johnson | ) Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign. Date : 4/12/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) - | Inflicting Bodily Injury on Certain Officers, |
| 18 U.S.C. § 231(a)(3) - | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. §§ 1512(c)(2), 2 - | Obstruction of Justice/Congress, |
| 18 U.S.C. § 1752(a)(4) - | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(F) - | Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Jon Comottor, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:    ____04/12/2021____

_____
_Judge's signature_

City and state:        ____Washington, D.C.____        Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_