AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00367 |
| Paul Russell Johnson | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/12/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Paul Russell Johnson_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), (b) - Inflicting Bodily Injury on Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: __04/12/2021__                          _____
                                              2021.04.12 13:56:23 -04'00'
                                              *Issuing officer's signature*

City and state: ___Washington, D.C.___        Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* __4/12/2021__, and the person was arrested on *(date)* __4/13/2021__
at *(city and state)* __LANEXA, VIRGINIA__.

Date: __4/13/2021__                           _____
                                              *Arresting officer's signature*

                                              SPECIAL AGENT DESIRAE MALDONADO
                                              *Printed name and title*